**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Big Storm Brewery, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Big Storm Brewing Co** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4810490** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **12707 49th Street N.** **Suite 500** **Clearwater, FL 33762** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pinellas** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Big Storm Brewery, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Big Storm Brewery, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor District | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Big Storm Brewery, LLC**                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2025**
               MM / DD / YYYY

**X** **/s/ Joshua Rizack**                                    **Joshua Rizack**
      Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Jake C. Blanchard**                    Date    **June 16, 2025**
      Signature of attorney for debtor                      MM / DD / YYYY

**Jake C. Blanchard**
Printed name

**Blanchard Law, P.A.**
Firm name

**8221 49th Street N.**
**Pinellas Park, FL 33781**
Number, Street, City, State & ZIP Code

Contact phone    **727-531-7068**    Email address    **jake@jakeblanchardlaw.com**

**055438 FL**
Bar number and State

Debtor    **Big Storm Brewery, LLC**                                          Case number (*if known*) _____
          <sub>Name</sub>

---

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this is an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Big Storm Pinellas, LLC** | | | Relationship to you | | **Common Ownership** |
| District | **Middle District of Florida Tampa Division** | When | **6/13/25** | Case number, if known | | **8:25-bk-03975-RCT** |
| Debtor | **Big Storm Real Estate, LLC** | | | Relationship to you | | **Common Ownership** |
| District | **Middle District of Florida Tampa Division** | When | **6/16/25** | Case number, if known | | |
| Debtor | **The Center for Special Needs Trust Administration, Inc.** | | | Relationship to you | | **Common Ownership** |
| District | **Middle District of Florida Tampa Divsion** | When | **2/09/24** | Case number, if known | | **8:24-bk-00676-RCT** |

**Fill in this information to identify the case:**

Debtor name    **Big Storm Brewery, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2025**          X **/s/ Joshua Rizack**
                                             Signature of individual signing on behalf of debtor

                                          **Joshua Rizack**
                                             Printed name

                                          **Chief Restructuring Officer**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Big Storm Brewery, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Funding Group 17542 17th St. Ste. 200 Tustin, CA** | | | **Disputed** | | | **$83,871.00** |
| **Big Storm Pinellas LLC 12707 49th St. N. ste. 500 Clearwater, FL 33762** | | | **Disputed** | | | **$108,328.20** |
| **Blue Mantis Two International Drive Suite #260 Portsmouth Portsmouth, NH 03801** | | | **Disputed** | | | **$53,000.00** |
| **City of Orlando PO Box 74308 Atlanta, GA 30374** | | | **Disputed** | | | **$68,644.75** |
| **CMJ Centro Ybor, LLC 200 S. Michigan Ave. C/O Fairbourne Properties Chicage, IL** | | | **Disputed** | | | **$167,762.76** |
| **CMJ-FEE, LLC 1600 E. 8th Avenue Clearwater, FL 33762** | **Final Default Judgment** | | **Disputed** | | | **$2,403,435.00** |
| **County Malt Group PO Box 51602 Los Angeles, CA 90051** | | | **Disputed** | | | **$35,486.77** |

| Debtor | **Big Storm Brewery, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Duke Energy PO Box 1094 Charlotte, NC 28201 | | Service Address 12707 49th Street N Clearwater, FL 33762 | Disputed | | | $66,404.34 |
| Great Western Malting Co c/o Leviton Law Firm, Ltd. One Pierce Place Suite 725W Itasca, IL 60143 | | | Disputed | | | $42,000.00 |
| Holingberry and Sons, Inc. PO Box 966 Yakima, WA 98907 | | | Disputed | | | $137,370.83 |
| Hopsteiner | | | Disputed | | | $85,737.79 |
| Keg Logistics LLC PO Box 912908 Denver, CO 80291 | | | Disputed | | | $45,017.49 |
| Orange Blossom Funding 12707 49th St. N. Ste. 900 Clearwater, FL 33762 | | | Disputed | | | $56,588.70 |
| Pawnee Leasing Corporation 3801 Automation Way Ste. 207 Fort Collins, CO 80525 | | | Disputed | | | $137,525.37 |
| S.S. Steiner Inc. c/o Steve Klapman PO Box 735633 Chicago, IL 60673 | | | Disputed | | | $86,000.00 |
| Saxco International, LLC PO Box 848701 Los Angeles, CA 90084 | | | Disputed | | | $48,353.22 |
| The Pampering Plumber 13128 State Road 54 Odessa, FL 33556 | | | Disputed | | | $132,013.00 |
| TimePayment 200 Summint Drive Ste. 100 Burlington, MA 01803 | | | Disputed | | | $54,644.73 |

Debtor  **Big Storm Brewery, LLC**                                        Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wildpack Beverage 1301 Edison Hwy Ste. A-2 Baltimore, MD 21213** | | | **Disputed** | | | **$167,762.76** |
| **Ybor District Cooling 3614 W. Cypress St. Tampa, FL 33607** | | | **Disputed** | | | **$1,045,567.71** |

---

**Fill in this information to identify the case:**

Debtor name    **Big Storm Brewery, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................................... $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **150,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ _____ **5,583,678.59**

4. **Total liabilities** .................................................................................................................
Lines 2 + 3a + 3b

$ **5,733,678.59**

---

**Fill in this information to identify the case:**

Debtor name    **Big Storm Brewery, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

Debtor  **Big Storm Brewery, LLC**                                  Case number *(If known)* _____
         Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Big Storm Brewery, LLC**                                Case number *(If known)* _____
          _____
          Name

<div style="background:black; color:white; display:inline-block; padding:2px 6px;">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **Big Storm Brewery, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **US Small Business**<br>Creditor's Name<br>**Administration<br>2 North Street,<br>Suite 320<br>Birmingham, AL 35203**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**UCC**<br><br><br>**Describe the lien** | **$150,000.00** | **Unknown** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7902**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$150,000.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Big Storm Brewery, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**717 Parking**<br>**1523 North Franklin St.**<br>**Tampa, FL 33602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Able Tape and Packaging**<br>**2930 Shannon Circle**<br>**Palm Harbor, FL 34684**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,364.28** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Able Tape and Packaging LLC**<br>**2930 Shannon Circle**<br>**Palm Harbor, FL 34684**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$672.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ADP, Inc.**<br>**PO Box 842875**<br>**Boston, MA 02284**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,464.52** |

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$866.41**

**ADT Security Svcs**
PO Box 371878
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,618.03**

**Air Products and Chemicals**
PO Box 71200
Charlotte, NC 28272-2000

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,661.45**

**Airgas USA**
PO Box 734672
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$615.25**

**All Turf Lawn & Landscape**
PO Box 147
Port Richey, FL 34673

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,871.00**

**Alliance Funding Group**
17542 17th St.
Ste. 200
Tustin, CA

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**American Single Malt Whiskey**
2931 First Ave. S.
Ste. B
Seattle, WA 98134

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00**

**Apex**
1 Walnut Grove
Ste. 300
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Storm Brewery, LLC** | | Case number (if known) | |
|--------|---------------------------|---|------------------------|---|
| | Name | | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$417.30** |
|------|---|---|---|
| | **AquaChill Inc**<br>**PO Box 60548**<br>**Saint Petersburg, FL 33784** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,785.34** |
|------|---|---|---|
| | **Aromatech Flavorings**<br>**7001 McCoy Rd.**<br>**Ste. 200**<br>**Orlando, FL 32822** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,537.41** |
|------|---|---|---|
| | **ASCAP**<br>**21678 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,291.01** |
|------|---|---|---|
| | **Austin Colby Company**<br>**12707 49th St. N.**<br>**Clearwater, FL 33762** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,945.44** |
|------|---|---|---|
| | **BayTech Label**<br>**12177 28th St. N.**<br>**Saint Petersburg, FL 33716** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,349.70** |
|------|---|---|---|
| | **BCL Partners Fund**<br>**12707 49th St. N.**<br>**Clearwater, FL 33762** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,328.20** |
|------|---|---|---|
| | **Big Storm Pinellas LLC**<br>**12707 49th St. N.**<br>**ste. 500**<br>**Clearwater, FL 33762** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Big Storm Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257.00** |
|---|---|---|---|

**Black Dog Firewood**
**7716 Benjamin Rd.**
**Tampa, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,000.00** |
|---|---|---|---|

**Blue Mantis**
**Two International Drive**
**Suite #260**
**Portsmouth**
**Portsmouth, NH 03801**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,318.12** |
|---|---|---|---|

**BMI**
**PO Box 630893**
**Cincinnati, OH 45263**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,766.60** |
|---|---|---|---|

**BrewerLong PLLC**
**407 Wekiva Springs Road**
**Ste.  241**
**Longwood, FL 32779**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |
|---|---|---|---|

**City of Largo Environmental**
**5100 150th Ave. N.**
**Clearwater, FL 33760**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**City of Largo Environmental**
**5100 150th Ave. N.**
**Clearwater, FL 33760**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**City of Largo Finance Dept**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,644.75** |
|---|---|---|---|

**City of Orlando**
**PO Box 74308**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,339.64** |
|---|---|---|---|

**City of Orlando Utilities**
**Orlando Venues**
**400 W. Church St.**
**Ste. 200**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231.00** |
|---|---|---|---|

**City of Pinellas Park**
**PO Box 1337**
**Pinellas Park, FL 33780**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,762.76** |
|---|---|---|---|

**CMJ Centro Ybor, LLC**
**200 S. Michigan Ave.**
**C/O Fairbourne Properties**
**Chicage, IL**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,403,435.00** |
|---|---|---|---|

**CMJ-FEE, LLC**
**1600 E. 8th Avenue**
**Clearwater, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Final Default Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.74** |
|---|---|---|---|

**Comcast**
**PO Box 71211**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,591.30** |
|---|---|---|---|

**Commercial Applianced Parts**
**PO Box 772980**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,486.77 |
|---|---|---|---|

**County Malt Group**
PO Box 51602
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,478.24 |
|---|---|---|---|

**Coverall North America**
2955 Momentum Place
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,223.12 |
|---|---|---|---|

**Cozzini Bros**
350 Howard Ave
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,451.36 |
|---|---|---|---|

**Creative Printing & Design**
1009 Pine Street
Orlando, FL 32824

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,298.91 |
|---|---|---|---|

**Crown Lift Truck**
PO Box 641173
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**D&S Pallets**
PO Box 18019
Clearwater, FL 33762

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,472.22 |
|---|---|---|---|

**DirecTV**
PO Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Big Storm Brewery, LLC**                                    Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66,404.34 |

**Nonpriority creditor's name and mailing address**
**Duke Energy**
**PO Box 1094**
**Charlotte, NC 28201**

Date(s) debt was incurred _
Last 4 digits of account number **4995**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Service Address**
**12707 49th Street N**
**Clearwater, FL 33762**

Is the claim subject to offset? ☑ No  ☐ Yes

$66,404.34

---

3.41  **Nonpriority creditor's name and mailing address**
**Duke Energy**
**PO Box 1094**
**Charlotte, NC 28201**

Date(s) debt was incurred _
Last 4 digits of account number **4482**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service Address**
**12645 49th Street N.**
**Clearwater, FL 33762**

Is the claim subject to offset? ☑ No  ☐ Yes

$15,602.39

---

3.42  **Nonpriority creditor's name and mailing address**
**El Ray Development**
**2535 Success Dr.**
**Odessa, FL 33556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$15,096.13

---

3.43  **Nonpriority creditor's name and mailing address**
**Encompass Technologies**
**420 Linden St**
**Ste. 200**
**Fort Collins, CO 80524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$19,326.22

---

3.44  **Nonpriority creditor's name and mailing address**
**Encompass Technologies**
**420 Linden St**
**Ste. 200**
**Fort Collins, CO 80524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$19,326.22

---

3.45  **Nonpriority creditor's name and mailing address**
**Everon**
**PO Box 872987**
**Kansas City, MO 64187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$2,850.97

---

3.46  **Nonpriority creditor's name and mailing address**
**FCCI Insurance Gp**
**PO Box 405563**
**Atlanta, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$3,645.00

---

Debtor   **Big Storm Brewery, LLC**                                      Case number (if known) _____
         _____
         Name

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,645.00** |
|---|---|---|---|

**FCS Incorporated**
**3813 126th Ave N**
**Clearwater, FL 33762**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Florida Department of Rev.**
**11351 Ulmerton Rd.**
**STE 220**
**Largo, FL 33778-1629**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$762.67** |
|---|---|---|---|

**Grainger**
**PO Box 419267**
**Kansas City, MO 64141**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,000.00** |
|---|---|---|---|

**Great Western Malting Co**
**c/o Leviton Law Firm, Ltd.**
**One Pierce Place**
**Suite 725W**
**Itasca, IL 60143**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**GS1 US**
**7887 Washington Village Dr**
**Suite 300**
**Dayton, OH 45459**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **1882**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,903.35** |
|---|---|---|---|

**Gusmer Enterprises**
**PO Box 18769**
**Newark, NJ 07191**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$137,370.83** |
|---|---|---|---|

**Holingberry and Sons, Inc.**
**PO Box 966**
**Yakima, WA 98907**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Hopsteiner**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$85,737.79** |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Hygiena LLC**<br>**1801 W. Olympic Blvd.**<br>**Pasadena, CA 91199**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$770.30** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**JoeBucsFan.com**<br>**PO Box 15435**<br>**Clearwater, FL 33766**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,500.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Keg Logistics LLC**<br>**PO Box 912908**<br>**Denver, CO 80291**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$45,017.49** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**L&E Capers LLC**<br>**5956 SW 1st Ave**<br>**Cape Coral, FL 33914**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,306.96** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**L&N Label Company**<br>**2051 Sunnydale Blvd.**<br>**Clearwater, FL 33765**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,808.33** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**LCEC**<br>**PO Box 31477**<br>**Tampa, FL 33631**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,464.27** |

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,794.00 |
|---|---|---|---|
| | **Manifest RTD, LLC** | ☐ Contingent | |
| | **960 E. Forsyth St** | ☐ Unliquidated | |
| | **Jacksonville, FL 32202** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76.83 |
|---|---|---|---|
| | **McMaster-Carr Supply Co.** | ☐ Contingent | |
| | **PO Box 7690** | ☐ Unliquidated | |
| | **Chicago, IL 60680** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,295.00 |
|---|---|---|---|
| | **MCS Pro** | ☐ Contingent | |
| | **4700 140th Ave N.** | ☐ Unliquidated | |
| | **Ste. 102** | ☑ Disputed | |
| | **Clearwater, FL 33762** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,473.20 |
|---|---|---|---|
| | **Neoguard Pest Control** | ☐ Contingent | |
| | **5950 Lakehurst Dr.** | ☐ Unliquidated | |
| | **Ste. 102** | ☑ Disputed | |
| | **Orlando, FL 32819** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $139.10 |
|---|---|---|---|
| | **Neoguard Pest Control** | ☐ Contingent | |
| | **5950 Lakehurst Dr.** | ☐ Unliquidated | |
| | **Ste. 102** | ☑ Disputed | |
| | **Orlando, FL 32819** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,862.34 |
|---|---|---|---|
| | **Nextera Energy** | ☐ Contingent | |
| | **PO Box 25426** | ☐ Unliquidated | |
| | **Miami, FL 33102** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,116.06 |
|---|---|---|---|
| | **NuCO2** | ☐ Contingent | |
| | **PO Box 417902** | ☐ Unliquidated | |
| | **Boston, MA 02241** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,588.70** |
|---|---|---|---|
| | **Orange Blossom Funding** | ☐ Contingent | |
| | **12707 49th St. N.** | ☐ Unliquidated | |
| | **Ste. 900** | ■ Disputed | |
| | **Clearwater, FL 33762** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.25** |
|---|---|---|---|
| | **Pace Analytical Svcs** | ☐ Contingent | |
| | **PO Box 684056** | ☐ Unliquidated | |
| | **Chicago, IL 60695** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.25** |
|---|---|---|---|
| | **Pace Analytical Svcs** | ☐ Contingent | |
| | **PO Box 684056** | ☐ Unliquidated | |
| | **Chicago, IL 60695** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,525.37** |
|---|---|---|---|
| | **Pawnee Leasing Corporation** | ☐ Contingent | |
| | **3801 Automation Way** | ☐ Unliquidated | |
| | **Ste. 207** | ■ Disputed | |
| | **Fort Collins, CO 80525** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |
|---|---|---|---|
| | **Petersons Transport** | ☐ Contingent | |
| | **76222 Wood Violet Dr.** | ☐ Unliquidated | |
| | **Gibsonton, FL 33534** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Philadelphia Insurance Comp** | ☐ Contingent | |
| | **PO Box 70251** | ☐ Unliquidated | |
| | **Philadelphia, PA 19176** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Phillies Florida LLC** | ☐ Contingent | |
| | **601 N. Old Coachman Road** | ☐ Unliquidated | |
| | **Clearwater, FL 33765** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,891.68** |
|---|---|---|---|
| | **Pinellas County Tax Collecto** | ☐ Contingent | |
| | PO Box 31149 | ☐ Unliquidated | |
| | **Tampa, FL** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,698.78** |
|---|---|---|---|
| | **Prime Air Conditioning** | ☐ Contingent | |
| | 4595 118th Ave. N. | ☐ Unliquidated | |
| | **Clearwater, FL 33762** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **Pristine TLC Group** | ☐ Contingent | |
| | PO Box 50964 | ☐ Unliquidated | |
| | **Fort Myers, FL 33994** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,449.33** |
|---|---|---|---|
| | **ProGuard** | ☐ Contingent | |
| | PO Box 32027 | ☐ Unliquidated | |
| | **New York, NY 10087** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Prozimity Malt** | ☐ Contingent | |
| | 644 S. 5th Street | ☐ Unliquidated | |
| | **Milwaukee, WI 53204** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,628.01** |
|---|---|---|---|
| | **Pye-Barker Fire & Safety** | ☐ Contingent | |
| | PO Box 735358 | ☐ Unliquidated | |
| | **Dallas, TX 75373** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,855.00** |
|---|---|---|---|
| | **QPPS Inc** | ☐ Contingent | |
| | 203 N. Armenia Ave. | ☐ Unliquidated | |
| | **Ste. 102** | ☑ Disputed | |
| | **Tampa, FL 33609** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,721.05** |
|---|---|---|---|

**Quick, Inc**
**PO Box 92352**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**R.J.L. Pension Svcs**
**7254 Mitchell Blvd**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,375.00** |
|---|---|---|---|

**Regulatory Compliance Svcs**
**PO Box 1779**
**Tallahassee, FL 32302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,218.00** |
|---|---|---|---|

**Restaurant 365**
**500 Technology Dr.**
**Ste. 200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,230.91** |
|---|---|---|---|

**Roberts Oxygen Company, Inc.**
**PO Box 5507**
**Rockville, MD 20855**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,669.35** |
|---|---|---|---|

**Rochester Midland Corp**
**PO Box 64462**
**Rochester, NY 14642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,763.42** |
|---|---|---|---|

**Royal Tees**
**5556 Palmer Rd.**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,000.00** |
|---|---|---|---|
| | **S.S. Steiner Inc.** | ☐ Contingent | |
| | **c/o Steve Klapman** | ☐ Unliquidated | |
| | **PO Box 735633** | ■ Disputed | |
| | **Chicago, IL 60673** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,353.22** |
|---|---|---|---|
| | **Saxco International, LLC** | ☐ Contingent | |
| | **PO Box 848701** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,295.00** |
|---|---|---|---|
| | **Shield Screen LLC** | ☐ Contingent | |
| | **PO Box 120208** | ☐ Unliquidated | |
| | **Dallas, TX 75312** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,556.75** |
|---|---|---|---|
| | **Shield Screen LLC** | ☐ Contingent | |
| | **PO Box 120208** | ☐ Unliquidated | |
| | **Dallas, TX 75312** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,282.52** |
|---|---|---|---|
| | **Sovereign Flavors** | ☐ Contingent | |
| | **4020 W. Chandler Ave** | ☐ Unliquidated | |
| | **Santa Ana, CA 92704** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,960.91** |
|---|---|---|---|
| | **Spectrum (Charter Comm)** | ☐ Contingent | |
| | **PO Box 7195** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,518.00** |
|---|---|---|---|
| | **Spectrum (Charter Comm)** | ☐ Contingent | |
| | **PO Box 7195** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00**

**Spot On Entertainment**
**5528 Palmer Circle**
**Unit 101**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.19**

**Suburban Propane**
**PO Box 260**
**Whippany, TX 79810**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Sunburst Entertainment Gp.**
**One Tropicana Dr.**
**Saint Petersburg, FL 33705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,892.52**

**SupplyOne Tampa Bay**
**PO Box 74007651**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,298.19**

**Systems Design Engineering**
**1032 James Dr.**
**Leesport, PA 19533**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Tampa Weekly LLC**
**633 N. Franklin St.**
**Ste. 735**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,168.82**

**Terry Supply Co.**
**6211 17th St. E.**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Big Storm Brewery, LLC**

Case number (if known) _____

Name

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132,013.00** |
|---|---|---|---|

**The Pampering Plumber**
**13128 State Road 54**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Thiago Landscaping**
**1972 East Skyline Dr.**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$944.81** |
|---|---|---|---|

**Thomas Sign & Awning Co**
**4590 118th Ave. N.**
**Clearwater, FL 33762**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,644.73** |
|---|---|---|---|

**TimePayment**
**200 Summit Drive**
**Ste. 100**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,127.88** |
|---|---|---|---|

**Trenam Law**
**PO Box 1102**
**Tampa, FL 33601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,880.00** |
|---|---|---|---|

**Trov Corp of Central FL**
**471 Autumn Oaks Place**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,192.80** |
|---|---|---|---|

**Turner Pest Control**
**PO Box 952503**
**Atlanta, GA 31192**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$781.72** |
| | **TWC Services** | ☐ Contingent |
| | **PO Box 14496** | ☐ Unliquidated |
| | **Des Moines, IA 50306** | ■ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$911.50** |
| | **Ultra Pure Bottled Water** | ☐ Contingent |
| | **5202 S. Lois Ave** | ☐ Unliquidated |
| | **Tampa, FL 33611** | ■ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$27,000.00** |
| | **US Small Business** | ☐ Contingent |
| | **Administration** | ☐ Unliquidated |
| | **2 North Street,** | ■ Disputed |
| | **Suite 320** | |
| | **Birmingham, AL 35203** | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$21,789.35** |
| | **Vestis** | ☐ Contingent |
| | **22619 Network Place** | ☐ Unliquidated |
| | **Chicago, IL 60673** | ■ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$945.08** |
| | **VSC Fire & Security** | ☐ Contingent |
| | **PO Box 71207** | ☐ Unliquidated |
| | **Charlotte, NC 28272** | ■ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$2,831.81** |
| | **VT Info Processing** | ☐ Contingent |
| | **402 Watertower Circle** | ☐ Unliquidated |
| | **Owen, WI 54460** | ■ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$620.00** |
| | **Warren Averett LLC** | ☐ Contingent |
| | **45 Eglin Pkwy NE** | ☐ Unliquidated |
| | **Ste. 301** | ■ Disputed |
| | **Fort Walton Beach, FL 32548** | |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,090.89 |
|---|---|---|---|

**Waste Management**
PO Box 4648
Carol Stream, IL 60197

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.81 |
|---|---|---|---|

**Waster Pro**
PO Box 946208
Atlanta, GA 30394

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167,762.76 |
|---|---|---|---|

**Wildpack Beverage**
1301 Edison Hwy
Ste. A-2
Baltimore, MD 21213

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**Wright One Inc.**
PO Box 67390
Saint Petersburg, FL 33736

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,461.86 |
|---|---|---|---|

**Yakima Chief Hops**
306 Division St
Yakima, WA 98902

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045,567.71 |
|---|---|---|---|

**Ybor District Cooling**
3614 W. Cypress St.
Tampa, FL 33607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Big Storm Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Apelles**<br>**PO Box 1578**<br>**Middletown, OH 45042** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Sequium Asset Solutions, LLC**<br>**2700 Cumberland Parkway**<br>**Suite 200**<br>**Atlanta, GA 30339** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,583,678.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,583,678.59 |

Big Storm Brewery, LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

All Turf Lawn & Landscape
PO Box 147
Port Richey, FL 34673

BayTech Label
12177 28th St. N.
Saint Petersburg, FL 33716

Jake C. Blanchard
Blanchard Law, P.A.
8221 49th Street N.
Pinellas Park, FL 33781

Alliance Funding Group
17542 17th St.
Ste. 200
Tustin, CA

BCL Partners Fund
12707 49th St. N.
Clearwater, FL 33762

717 Parking
1523 North Franklin St.
Tampa, FL 33602

American Single Malt Whiskey
2931 First Ave. S.
Ste. B
Seattle, WA 98134

Big Storm Pinellas LLC
12707 49th St. N.
ste. 500
Clearwater, FL 33762

Able Tape and Packaging
2930 Shannon Circle
Palm Harbor, FL 34684

Apelles
PO Box 1578
Middletown, OH 45042

Black Dog Firewood
7716 Benjamin Rd.
Tampa, FL 33634

Able Tape and Packaging LLC
2930 Shannon Circle
Palm Harbor, FL 34684

Apex
1 Walnut Grove
Ste. 300
Horsham, PA 19044

Blue Mantis
Two International Drive
Suite #260
Portsmouth
Portsmouth, NH 03801

ADP, Inc.
PO Box 842875
Boston, MA 02284

AquaChill Inc
PO Box 60548
Saint Petersburg, FL 33784

BMI
PO Box 630893
Cincinnati, OH 45263

ADT Security Svcs
PO Box 371878
Pittsburgh, PA 15250

Aromatech Flavorings
7001 McCoy Rd.
Ste. 200
Orlando, FL 32822

BrewerLong PLLC
407 Wekiva Springs Road
Ste. 241
Longwood, FL 32779

Air Products and Chemicals
PO Box 71200
Charlotte, NC 28272-2000

ASCAP
21678 Network Place
Chicago, IL 60673

City of Largo Environmental
5100 150th Ave. N.
Clearwater, FL 33760

Airgas USA
PO Box 734672
Dallas, TX 75373

Austin Colby Company
12707 49th St. N.
Clearwater, FL 33762

City of Largo Finance Dept

City of Orlando
PO Box 74308
Atlanta, GA 30374

Cozzini Bros
350 Howard Ave
Des Plaines, IL 60018

FCCI Insurance Gp
PO Box 405563
Atlanta, GA 30384

City of Orlando Utilities
Orlando Venues
400 W. Church St.
Ste. 200
Orlando, FL 32801

Creative Printing & Design
1009 Pine Street
Orlando, FL 32824

FCS Incorporated
3813 126th Ave N
Clearwater, FL 33762

City of Pinellas Park
PO Box 1337
Pinellas Park, FL 33780

Crown Lift Truck
PO Box 641173
Cincinnati, OH 45264

Florida Department of Rev.
11351 Ulmerton Rd.
STE 220
Largo, FL 33778-1629

CMJ Centro Ybor, LLC
200 S. Michigan Ave.
C/O Fairbourne Properties
Chicage, IL

D&S Pallets
PO Box 18019
Clearwater, FL 33762

Grainger
PO Box 419267
Kansas City, MO 64141

CMJ-FEE, LLC
1600 E. 8th Avenue
Clearwater, FL 33762

DirecTV
PO Box 5006
Carol Stream, IL 60197

Great Western Malting Co
c/o Leviton Law Firm, Ltd.
One Pierce Place
Suite 725W
Itasca, IL 60143

Comcast
PO Box 71211
Charlotte, NC 28272

Duke Energy
PO Box 1094
Charlotte, NC 28201

GS1 US
7887 Washington Village Dr
Suite 300
Dayton, OH 45459

Commercial Applianced Parts
PO Box 772980
Detroit, MI 48277

El Ray Development
2535 Success Dr.
Odessa, FL 33556

Gusmer Enterprises
PO Box 18769
Newark, NJ 07191

County Malt Group
PO Box 51602
Los Angeles, CA 90051

Encompass Technologies
420 Linden St
Ste. 200
Fort Collins, CO 80524

Holingberry and Sons, Inc.
PO Box 966
Yakima, WA 98907

Coverall North America
2955 Momentum Place
Chicago, IL 60689

Everon
PO Box 872987
Kansas City, MO 64187

Hopsteiner

Hygiena LLC
1801 W. Olympic Blvd.
Pasadena, CA 91199

JoeBucsFan.com
PO Box 15435
Clearwater, FL 33766

Keg Logistics LLC
PO Box 912908
Denver, CO 80291

L&E Capers LLC
5956 SW 1st Ave
Cape Coral, FL 33914

L&N Label Company
2051 Sunnydale Blvd.
Clearwater, FL 33765

LCEC
PO Box 31477
Tampa, FL 33631

Manifest RTD, LLC
960 E. Forsyth St
Jacksonville, FL 32202

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680

MCS Pro
4700 140th Ave N.
Ste. 102
Clearwater, FL 33762

Neoguard Pest Control
5950 Lakehurst Dr.
Ste. 102
Orlando, FL 32819

Nextera Energy
PO Box 25426
Miami, FL 33102

NuCO2
PO Box 417902
Boston, MA 02241

Orange Blossom Funding
12707 49th St. N.
Ste. 900
Clearwater, FL 33762

Pace Analytical Svcs
PO Box 684056
Chicago, IL 60695

Pawnee Leasing Corporation
3801 Automation Way
Ste. 207
Fort Collins, CO 80525

Petersons Transport
76222 Wood Violet Dr.
Gibsonton, FL 33534

Philadelphia Insurance Comp
PO Box 70251
Philadelphia, PA 19176

Phillies Florida LLC
601 N. Old Coachman Road
Clearwater, FL 33765

Pinellas County Tax Collecto
PO Box 31149
Tampa, FL

Prime Air Conditioning
4595 118th Ave. N.
Clearwater, FL 33762

Pristine TLC Group
PO Box 50964
Fort Myers, FL 33994

ProGuard
PO Box 32027
New York, NY 10087

Prozimity Malt
644 S. 5th Street
Milwaukee, WI 53204

Pye-Barker Fire & Safety
PO Box 735358
Dallas, TX 75373

QPPS Inc
203 N. Armenia Ave.
Ste. 102
Tampa, FL 33609

Quick, Inc
PO Box 92352
Las Vegas, NV 89193

R.J.L. Pension Svcs
7254 Mitchell Blvd
New Port Richey, FL 34655

Regulatory Compliance Svcs
PO Box 1779
Tallahassee, FL 32302

Sovereign Flavors
4020 W. Chandler Ave
Santa Ana, CA 92704

The Pampering Plumber
13128 State Road 54
Odessa, FL 33556

Restaurant 365
500 Technology Dr.
Ste. 200
Irvine, CA 92618

Spectrum (Charter Comm)
PO Box 7195
Pasadena, CA 91109

Thiago Landscaping
1972 East Skyline Dr.
Clearwater, FL 33763

Roberts Oxygen Company, Inc.
PO Box 5507
Rockville, MD 20855

Spot On Entertainment
5528 Palmer Circle
Unit 101
Bradenton, FL 34211

Thomas Sign & Awning Co
4590 118th Ave. N.
Clearwater, FL 33762

Rochester Midland Corp
PO Box 64462
Rochester, NY 14642

Suburban Propane
PO Box 260
Whippany, TX 79810

TimePayment
200 Summit Drive
Ste. 100
Burlington, MA 01803

Royal Tees
5556 Palmer Rd.
Sarasota, FL 34232

Sunburst Entertainment Gp.
One Tropicana Dr.
Saint Petersburg, FL 33705

Trenam Law
PO Box 1102
Tampa, FL 33601

S.S. Steiner Inc.
c/o Steve Klapman
PO Box 735633
Chicago, IL 60673

SupplyOne Tampa Bay
PO Box 74007651
Chicago, IL 60674

Trov Corp of Central FL
471 Autumn Oaks Place
Lake Mary, FL 32746

Saxco International, LLC
PO Box 848701
Los Angeles, CA 90084

Systems Design Engineering
1032 James Dr.
Leesport, PA 19533

Turner Pest Control
PO Box 952503
Atlanta, GA 31192

Sequium Asset Solutions, LLC
2700 Cumberland Parkway
Suite 200
Atlanta, GA 30339

Tampa Weekly LLC
633 N. Franklin St.
Ste. 735
Tampa, FL 33602

TWC Services
PO Box 14496
Des Moines, IA 50306

Shield Screen LLC
PO Box 120208
Dallas, TX 75312

Terry Supply Co.
6211 17th St. E.
Bradenton, FL 34203

Ultra Pure Bottled Water
5202 S. Lois Ave
Tampa, FL 33611

US Small Business
Administration
2 North Street,
Suite 320
Birmingham, AL 35203

Vestis
22619 Network Place
Chicago, IL 60673

VSC Fire & Security
PO Box 71207
Charlotte, NC 28272

VT Info Processing
402 Watertower Circle
Owen, WI 54460

Warren Averett LLC
45 Eglin Pkwy NE
Ste. 301
Fort Walton Beach, FL 32548

Waste Management
PO Box 4648
Carol Stream, IL 60197

Waster Pro
PO Box 946208
Atlanta, GA 30394

Wildpack Beverage
1301 Edison Hwy
Ste. A-2
Baltimore, MD 21213

Wright One Inc.
PO Box 67390
Saint Petersburg, FL 33736

Yakima Chief Hops
306 Division St
Yakima, WA 98902

Ybor District Cooling
3614 W. Cypress St.
Tampa, FL 33607